IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JERE A. WEEKLEY                                                                                              PLAINTIFF

v.                                            No. 1:05CV00064 JLH

GUIDANT CORPORATION and
CARDIAC PACEMAKERS, INC.                                                                          DEFENDANTS

## ORDER

On September 23, 2005, this Court remanded this action to the Circuit Court of Jackson County, Arkansas. The docket reflects that on September 26, 2005, the Clerk of the Court sent the remand order and a certified copy of the docket sheet with a copy of the file to the Clerk of the Circuit Court of Jackson County, Arkansas. On the next day, the defendants filed a motion for stay pending resolution of application for appeal (Docket #29). Because the remand order has already been sent to the state court, the motion for stay (Docket #29) is moot. *Hudson United Bank v. LiTenda Mortg. Corp.*, 142 F.3d 151, 154 n.6 (3rd Cir. 1998).

IT IS SO ORDERED this ___7th___ day of October, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE